

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |
|---|---|
| § |  |
| § | No. 08-20-00224-CR |
| EX PARTE:            § | Appeal from the |
| MELISSA BUCKELY,    § | 243rd District Court |
| § | of El Paso County, Texas |
| § | (TC# 20190D03405) |

### **MEMORANDUM OPINION**

Appellant Melissa Buckley has filed a motion for voluntary dismissal of this appeal from a habeas corpus action that has since been resolved between her and the State. *See* TEX.R.APP.P. 42.2(a). The motion is granted, and this appeal is dismissed.

March 31, 2021

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.

(Do Not Publish)